NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

DWAYNE JOHNSON,                    )
                                   )
            Appellant,             )
                                   )
v.                                 )        Case No. 2D17-1866
                                   )
EARL A. GOODWYNE, DEPUTY           )
SHERIFF,                           )
                                   )
            Appellee.              )
_____)

Opinion filed April 27, 2018.

Appeal from the Circuit Court for
Charlotte County; Lisa S. Porter, Judge.

Dwayne Johnson, pro se.

Darol H. M. Carr of Farr, Farr, Emerich,
Hackett, Carr and Holmes, P.A. Punta
Gorda, for Appellee.


PER CURIAM.

        Affirmed.


NORTHCUTT, SALARIO, and ROTHSTEIN-YOUAKIM, JJ., Concur.